BILL LOCKYER, Attorney General
 of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
DAVID A. CARRASCO, SBN 160460
Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
    Fax: (916) 324-5205
    E-mail: David.Carrasco@doj.ca.gov

Attorneys for Defendants Tasista and Brown
SA2004100574

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAWFORD,<br><br>                                    Plaintiff,<br><br>    v.<br><br>K. TASISTA, et al.,<br><br>                                    Defendants. | No. CIV S-02-1180 GEB JFM P<br><br>**ORDER GRANTING MOTION TO VACATE PRETRIAL AND TRIAL DATES**<br><br>Fed. R. Civ. P. 1 |

The Court has considered defendants' motion to vacate pretrial and trial dates and good cause appearing, IT IS ORDERED that the pretrial conference set for December 30, 2005 before the undersigned and the jury trial set for March 21, 2006 before the Honorable Garland E.

/////

/////

/////

/////

/////

**ORDER GRANTING MOTION TO VACATE PRETRIAL AND TRIAL DATES**

1

1  Burrell, Jr. are vacated pending a decision on defendants' motion for summary judgment.  Said
2  dates shall be rescheduled, as appropriate, following disposition of defendants' motion.
3  Dated:  December 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/craw1180.vac

---

**ORDER GRANTING MOTION TO VACATE PRETRIAL AND TRIAL DATES**
2