IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAWFORD,

    Plaintiff,       2:02-cv-1180-GEB-JFM-P

vs.

K. TASISTA, et al.,

    Defendant.      ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 15, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 15, 2007 are adopted in full;

2. Plaintiff's August 15, 2005 motion for summary judgment is denied;

3. Defendants' August 31, 2005 motion for summary judgment is granted as to plaintiff's claim against defendant Brown and denied as to plaintiff's claim against defendant Tasista; and

4. This matter is referred to the magistrate judge for further pretrial proceedings.

Dated: September 12, 2007

GARLAND E. BURRELL, JR.
United States District Judge