IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAWFORD,

    Plaintiff,                               No. CIV S-02-1180 GEB JFM P

    vs.

K. TASISTA, et al.,

    Defendants.                       ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 11, 2007 motion for appointment of counsel is denied.

DATED: January 17, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/ke
craw1180.31