# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAWFORD,

      Plaintiff,                    No. CIV S-02-1180 GEB JFM P

    vs.

K. TASISTA, et al.,

      Defendants.            **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

      Anthony Crawford, inmate # H-48096, a necessary and material witness in proceedings in this case on March 14, 2008, is confined in California State Prison-Solano, P.O. Box 4000, Vacaville, CA, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at California State Prison-Solano, March 14, 2008, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison-Solano, P.O. Box 4000, Vacaville, CA 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 15, 2008.

                                                  UNITED STATES MAGISTRATE JUDGE