IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAWFORD,

    Plaintiff,                   No. CIV S-02-1180 GEB JFM P

    vs.

K. TASISTA, et al.,

    Defendants.               ORDER

_____/

        By order dated March 24, 2008, the district court tendered the above-captioned case to the undersigned for referral with the consent of the parties pursuant to 28 U.S.C. § 636(c), subject to the provisions of Local Rule 73-305(b). This court accepts referral of the above-captioned case.

        Good cause appearing, IT IS HEREBY ORDERED that this matter is set for jury trial before the undersigned on June 2, 2008 at 10:00 a.m. Objection, if any, to the new trial date shall be filed within five days from the date of this order. Writs of habeas corpus ad

/////

/////

/////

/////

1

testificandum for plaintiff and his inmate witnesses will be issued by separate orders of this court.

DATED: March 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
craw1180.636